# United States Bankruptcy Court
### Eastern District of Virginia

In re   **Shannon Nicole Morgan**                                   Case No.   **18-32559-KLP**
                             Debtor(s)                              Chapter    **13**

# NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7

PLEASE TAKE NOTICE that on **March 28, 2019**, the above-captioned Chapter 13 case was converted to Chapter 7 pursuant to 11 U.S.C. §1307(a) and Federal Rule of Bankruptcy Procedure 1017(f)(3).

Date   **March 28, 2019**                         Signature   **/s/ Shannon Nicole Morgan**
                                                              **Shannon Nicole Morgan**
                                                              Debtor

Attorney   **/s/ Kimberly A. Chandler**
           **Kimberly A. Chandler 47897**

**Chandler Law Firm**
**P.O.Box 17586**
**Richmond, VA 23226**
**804-353-1849**
**Fax: 480-393-5764**
**kim@cp-lawfirm.com**